**Nancy JOHNSON, Plaintiff—Appellant,**

v.

**DEPT OF CORRECTIONS, USP, PRISON CHOWCHILLA, Defendant—Appellee.**

No. 03–17265.

D.C. No. CV–00–05623–AWI/SMS.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 9, 2004.*

Decided Aug. 16, 2004.

Nancy Johnson, San Jose, CA, pro se.

Before SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

MEMORANDUM**

Nancy Johnson, a California state prisoner on parole, appeals pro se the judgment dismissing her 42 U.S.C. § 1983 civil

rights action alleging deliberate indifference to serious medical needs. We dismiss for lack of jurisdiction.

Because Johnson filed her notice of appeal on November 23, 2003, over a year after the district court's November 8, 2002 judgment dismissing her action for failure to comply with a court order, we lack jurisdiction to review the judgment. *See* Fed. R.App. P. 4(a)(1)(A) (in civil cases the notice of appeal must be filed within thirty days after entry of judgment); *Kennedy v. Applause, Inc.*, 90 F.3d 1477, 1482 (9th Cir.1996) (requirement is "mandatory and jurisdictional").

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.